# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| Barry Allen Gabelman,<br><br>    Plaintiff<br><br>v.<br><br>F.B.I. Special Agent, et al.,<br><br>    Defendants | Case No.: 2:23-cv-00039-JAD-VCF<br><br>**Order Adopting Report and Recommendation and Dismissing Case**<br><br>[ECF No. 6] |

      The magistrate judge screened Plaintiff Barry Allen Gabelman's complaint, dismissed it with leave to amend, and warned Gabelman that his failure to file an amended complaint by June 14, 2023, would result in dismissal.[1]  That deadline passed without any filing by the plaintiff, so the magistrate judge now recommends that this case be dismissed.[2]  The deadline to object to that recommendation passed without objection or a request to extend the deadline to file one. "[N]o review is required of a magistrate judge's report and recommendation unless objections are filed."[3]  Having reviewed the report and recommendation, I find good cause to adopt it, and I do.

      IT IS THEREFORE ORDERED that the Magistrate Judge's Report and

---

[1] ECF No. 3.

[2] ECF No. 6.

[3] *Schmidt v. Johnstone*, 263 F. Supp. 2d 1219, 1226 (D. Ariz. 2003); *see also Thomas v. Arn*, 474 U.S. 140, 150 (1985); *United States v. Reyna-Tapia*, 328 F.3d 1114, 1121 (9th Cir. 2003).

Recommendation **[ECF No. 6] is ADOPTED** in its entirety.  This case is DISMISSED.  The Clerk of Court is directed to CLOSE THIS CASE.

_____
U.S. District Judge Jennifer A. Dorsey
Dated: July 21, 2023